## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**TIMOTHY LEE HOLT**
**ADC #099686**                                                                      **PETITIONER**

**v.**                                      **Case No. 5:18-cv-00059-KGB/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                     **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 8). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 8).

It is therefore ordered that:

1.      The Court dismisses with prejudice petitioner Timothy Lee Holt's petition for a writ of habeas corpus (Dkt. No. 2).

2.      The Court certifies pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases that a certificate of appealability is denied.

So ordered this 16th day of July, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge