IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY LEE HOLT
ADC #099686                                                                              PETITIONER

v.                            Case No. 5:18-cv-00059-KGB/BD

WENDY KELLEY, Director,
Arkansas Department of Correction                                                        RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Timothy Lee Holt's petition for a writ of habeas corpus is dismissed with prejudice.

So adjudged this the 16th day of July, 2019.

_____
Kristine G. Baker
United States District Judge